**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2017.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00769-CR

## ELIAS YANEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1485981**

## M E M O R A N D U M   O P I N I O N

Appellant Elias Yanez has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Christopher, Jamison, and Donovan
Do Not Publish – Tex. R. App. P. 47.2(b)